# IN THE SUPREME COURT OF THE STATE OF NEVADA

YAROVI MIGUEL MANZO-LANES,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69764

FILED

MAR 0 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

On February 8, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Jessie Elizabeth Walsh, District Judge
Hon. Joseph T. Bonaventure, Senior Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-07042